

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00370-CV

**IN RE** Donald W. **TAYLOR**

Original Proceeding[1]

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
Adrian A. Spears II, Justice
Velia J. Meza, Justice

Delivered and Filed: May 20, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

Relator, Donald W. Taylor, filed his petition for writ of mandamus and accompanying record on May 6, 2026. Having considered the petition and the record, this court has determined that Taylor has not established that he is entitled to the relief sought. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 24-0306, styled *Donald W. Taylor v. Renegade Ranch Subdivision Architectural Review Committee*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Dennis Powell presiding.